# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| **TEXBA INVESTMENTS LLC,** | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| *v.* | § | **CIVIL ACTION NO. 4:26-cv-361** |
| | § | |
| **WESTERN WORLD INSURANCE** | § | |
| **COMPANY,** | § | **Removed from the 236th Judicial** |
| | § | **District Court of Tarrant County, Texas** |
| *Defendant.* | § | |

## INDEX OF DOCUMENTS FILED WITH NOTICE OF REMOVAL

**Exhibit A**      Index of Documents File with Notice of Removal.

**Exhibit B**      Civil Cover Sheet.

**Exhibit C**      Supplemental Cover Sheet.

**Exhibit D**      State Court Docket Sheet.

**Exhibit E**      Index of Documents Filed in State Court Action.

**Exhibit E-1**    *Plaintiff's Original Petition*, filed on February 10, 2026.

**Exhibit E-2**    *Plaintiff's Request for Citations*, filed on February 10, 2026

**Exhibit E-3**    *Citation Issued to Western World Insurance Company,* dated February 13, 2026.

**Exhibit E-4**    *Return of Service (Western World Insurance Company),* dated February 25, 2026.

**Exhibit E-5**    *Return of Service (Western World Insurance Company),* dated February 25, 2026.

**Exhibit E-6**    *Defendant Western World Insurance Company's Original Answer*, filed on March 23, 2026.

**Exhibit E-7**    *Defendant Western World Insurance Company's Motion to Preclude Attorney's Fees Pursuant to Section 542A.007(D) of the Texas Insurance Code*, filed on March 23, 2026.

**Exhibit E-8**    *Defendant Western World Insurance Company's Cover Letter to Its proposed Order for Motion to Preclude Attorney's Fees Pursuant to Section 542A.007(D) of the Texas Insurance Code*, filed on March 23, 2026.

**Exhibit E-9**    *Defendant Western World Insurance Company's Proposed Order on Its Motion to Preclude Attorney's Fees Pursuant to Section 542A.007(D) of the Texas Insurance Code*, filed on March 23, 2026.

**Exhibit F**    *2024 Texas Franchise Tax Public Information Report,* dated November 13, 2024.

**Exhibit G**    *Excerpts of Westlaw PeopleMap Report (Mohammed Haque),* dated March 13, 2026.

**Exhibit H**    *Marlin Felts' Estimate,* dated July 15, 2026.